Catherine Georges, also known as Catherine Georgiakakis, Appellant, v. Stevi Georges, also known as Stevi Georgiakakis, Appellee.

Gen. No. 46,863. 

First District, First Division.

November 19, 1956.

Released for publication February 11, 1957.

Norman Peters, and John G. Phillips, for appellant; William C. Wines, and Jerome S. Cohn, of counsel; William P. Gerber, for appellee; Paul C. Meier, of counsel. Opinion by JUDGE BURKE. Not to be published in full.